Esther L. Booth, Appellant, vs. Margaret A. Lenox et al., Appellees.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

A. W. Cockrell & Son, for Appellant.

H. B. Philips, for Appellees.

43

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on motion of counsel for appellant.